UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05MJ08 |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| ALISHA ANN CHAMBERS | ) | |

Leave of Court is hereby granted for the dismissal of the Complaint in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

This 2nd day of December, 2005.

~~DAVID C. KEESLER~~
UNITED STATES MAGISTRATE JUDGE